FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

08 DEC 22 PM 4:35

SOUTHERN DISTRICT
INDIANA
[illegible]
CLERK

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **Southern District of Indiana** |
|---|---|
| Name (under which you were convicted): **Alan R. King Jr.** | Docket or Case No.: **IP 07-16-CR-01** |
| Place of Confinement: **Milan Federal Correctional Institution** | Prisoner No.: **08297-028** |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. **Alan R. King Jr.** | |

MOTION  **1:08-cv-1710 DFH-TAB**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: **United States District Court, Southern District of Indiana**

   (b) Criminal docket or case number (if you know): **IP 07-16-CR-01**

2. (a) Date of the judgment of conviction (if you know): **May 05, 2007**

   (b) Date of sentencing: **May 05, 2007**

3. Length of sentence: **105 months, with 5 years supervised release**

4. Nature of crime (all counts): **Count 1 - "Theft of Government Property", in violation of Title 18 U.S.C. 641; Count 2 - "Loan Fraud", in violation of Title 18 U.S.C. 1014; Count 3 - "False Representation of Social Security Numbers", in violation of Title 42 408(a)(7)(B); Count 4 - "Federal Student Financial Aid Fraud", in violation of Title 20 U.S.C 1097(a)**

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐   (2) Guilty ☑   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? **N/A**

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☐     No ☑
8. Did you appeal from the judgment of conviction?     Yes ☑     No ☐
9. If you did appeal, answer the following:
   (a) Name of court: __Seventh Circuit Court of Appeals__
   (b) Docket or case number (if you know): __07-2143__
   (c) Result: __AFFIRMED__
   (d) Date of result (if you know): __October 18, 2007__
   (e) Citation to the case (if you know): __N/A__
   (f) Grounds raised: __The length of sentence, The enhancement for obstruction of Justice, The refusal of acceptance of responsibility points, The Criminal history calculation, The reasonableness of the sentence imposed.__

   (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐     No ☑
   If "Yes," answer the following:
   (1) Docket or case number (if you know): ____
   (2) Result: ____
   (3) Date of result (if you know): ____
   (4) Citation to the case (if you know): ____
   (5) Grounds raised: ____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☑     No ☐
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: __United States District Court, Eastern District of Michigan, Southern Div.__
        (2) Docket or case number (if you know): __2:08-CV-14803__
        (3) Date of filing (if you know): __12-04-2008__

(4) Nature of the proceeding: Writ of habeas Corpus

(5) Grounds raised: The way Judgement sentence is being carried out. Violation of Constitutional Rights, sexual and mental abuse by a Federal Bureau of Prisons Officer, and extortion from the officer. The fact that defendant wasn't sentenced to this sort of abuse by the F.B.O.P.

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☑

(7) Result: ORDER of Summary Dismissal

(8) Date of result (if you know): 12-04-08

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☐   No ☑

(2) Second petition:   Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: Because district court stated that my grounds raised were not grounds for which a writ of habeas corpus is granted but more for a civil rights action pursuant to Bivens.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: Ineffective Assistance of Counsel. Failure to disclose superseeding Plea bargain to defendant.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
There was a superseeding plea-bargain that was offered to me when my first plea bargain was rejected. This superceeding plea bargain had all the enhancements my first one lacked and locked my range at 57-71 months. My lawyer didn't even comment on it until the day of my sentencing by then it was too late. I received a copy of it that day but my lawyer advised me that it really wasn't a deal and that I couldn't get anymore than the 71 months at most. The judge said at my first plea-bargain hearing that he wasn't comfortable accepting that plea bargain with it minusing some enhancements and also giving me acceptance of responsibility points. If counsel would have given me the new plea-bargain I would have defenitely taken it. See Attachment "A"

(b) Direct Appeal of Ground One:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐  No ☑
  (2) If you did not raise this issue in your direct appeal, explain why: Because I was under the impression of the law that matters like this is brought up under 2255 motion.

(c) Post-Conviction Proceedings:
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐  No ☑
  (2) If your answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: N/A
  Name and location of the court where the motion or petition was filed: N/A

Page 6

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐   No ☐   N/A

(4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐   No ☐   N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐   No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: ____

Result (attach a copy of the court's opinion or order, if available): __N/A__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __N/A__

GROUND TWO: Counsel rushed pleadings, failed to take time to explain options.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

At my first plea bargain hearing when the judge rejected my plea-bargain he stated that "This rejection was an unexpected development for counsel and those involved in developing the case and to the extent needed to confer to let him know what kind of regrouping might want to do to prepare for trial or to revisit some of the plea issues, I'm not in a hurry". But my counsel rushed the process. 2 days after the rejection of the 1st plea-bargain I was back in court pleading guilty w/out a plea-bargain. My counsel never took

the time to properly go over my options. Prior to coming back to Indianapolis I was in Kentucky at a hold over and my attorney never talked to me. Only day before sentencing.

(b) Direct Appeal of Ground Two:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ☑

    (2) If you did not raise this issue in your direct appeal, explain why: ~~[scratched out]~~ I was under the impression of the law that this was an issue for 2255.

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑   No ❑   N/A

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑   No ❑   N/A

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑   No ❑   N/A

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑   No ❑   N/A

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): N/A

Page 8

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____N/A_____

GROUND THREE: Failure to investigate thoroughly competency of defendant.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
I brought to the attention of my counsel of 2 seperate (left side) brain injuries that I have suffered in which previous doctors have told me was the causing of my behavior issues. That this has been something dating back all the way to age 4 and that the school system had me in a Emotionally Seriously Handicap program from grade 5th until I withdrawled. I supplied him with plenty of information and doctors names and also asked to be examined by a neurologist to prove and determine the extent of my brain injuries and the effect it is having on my behavior. I asked that this be presented to the court as a factor under deminished capacity. Counsel always tried to argue with me about me being competent. I explained to him that my years of depression and brain injuries are something that falls under deminished deminished capacity sentencing guidelines. He failed to do so.

(b) Direct Appeal of Ground Three:
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why: I was under the impression of the law that this was an issue for 2255.

(c) Post-Conviction Proceedings:
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☑   N/A

(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _____N/A_____
Name and location of the court where the motion or petition was filed: _____N/A_____

Docket or case number (if you know): _____N/A_____
Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): __N/A__

_____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☐   N/A

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☐   N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☐   No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): __N/A__
Date of the court's decision: __N/A__
Result (attach a copy of the court's opinion or order, if available): __N/A__

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __N/A__

_____

GROUND FOUR: The day of pleading and sentencing I was not fully coherent.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
That morning of the proceedings I was given the wrong dosage of antidepressant Elavil. The jail that I was being held at (Marion County Jail) gave me a dosage that morning at breakfast about 1 hour later the U.S. marshalls was there to transport me to court. The jail told them that I had medication that I had to take with me, instead the U.S. Marshalls instructed them to just go ahead and give it to me right then and there because they wouldn't have time or didn't want to forget about it. The dosage given to me was much too strong for me

and as a result impaired my ability to think correctly or make decisons correctly. It is a drug that can be used as a strong pain medication as well. It made me high and not give a care about anything, it made me happy (felt good) not really concious to what was going on that day in court, which impaired my rational 7 faculties.

(b) Direct Appeal of Ground Four:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☑   No ☐

   (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☑   No ☐

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: **Direct Appeal**

   Name and location of the court where the motion or petition was filed: **United States Seventh Circuit of Appeals**

   Docket or case number (if you know): **07-2143**

   Date of the court's decision: **October 18, 2007**

   Result (attach a copy of the court's opinion or order, if available): **Affirmed**

   (3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐   No ☑

   (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐   No ☑

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐   No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: **N/A**

_____

   Docket or case number (if you know): **N/A**

   Date of the court's decision: **N/A**

   Result (attach a copy of the court's opinion or order, if available): **N/A**

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **Decided to wait and file 2255.**

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: **N/A**

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?     Yes ☐     No ☑

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. **N/A**

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: **James C. McKinley, Indiana Federal Community Defenders, Inc., 111 Monument Cir, Suite 752, Indianapolis IN 46204**

    (b) At arraignment and plea: **Same 15(a)**

    (c) At trial: **Same 15(a)**

    (d) At sentencing: **Same 15(a)**

(e) On appeal: __Same as 15(a)__

(f) In any post-conviction proceeding: __Same as (15(a)__

(g) On appeal from any ruling against you in a post-conviction proceeding: __Same as 15(a)__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ❏  No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ❏  No ☑

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: __N/A__

    (b) Give the date the other sentence was imposed: __N/A__
    (c) Give the length of the other sentence: __N/A__
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ❏  No ❏   __N/A__

Page 13

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* My direct appeal was decided Oct 18, 2007 at which time I had 90 days from that date to file with the Supreme Court. I decided against filing with the Supreme Court and decided to go on with the 2255. I was under the impression of the law that my 1 year started from the time (date) to last file my cert. with the Supreme Court which would give me until somewhere around Jan. 18, 2009 to file this motion.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

> A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
>> (1) the date on which the judgment of conviction became final;
>> (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
>> (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
>> (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: To set aside conviction, and or sentencing or grant evidentary hearing for grounds raised. Or reduction of sentence.
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on 12-16-2008 _____ (month, date, year).

Executed (signed) on 12-16-2008 (date).

*Alan R. K.*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____
_____
_____