# Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 08297028 | Current Institution: | Milan FCI |
| Inmate Name: | KING, ALAN | Housing Unit: | MIL-F-D |
| Report Date: | 12/16/2008 | Living Quarters: | F13-002L |
| Report Time: | 3:46:05 PM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8639 |
| PAC #: | 230034948 |
| FRP Participation Status: | Participating |
| Arrived From: | FOR |
| Transferred To: | |
| Account Creation Date: | 5/24/2007 |
| Local Account Activation Date: | 9/19/2008 4:29:16 AM |
| Sort Codes: | |
| Last Account Update: | 12/15/2008 6:36:26 PM |
| Account Status: | Active |
| Phone Balance: | $0.07 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Unicor % | $0.00 | 50% |

## Account Balances

| | |
|---|---|
| Account Balance: | $2.41 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $2.41 |
| National 6 Months Deposits: | $1,349.57 |
| National 6 Months Withdrawals: | $1,875.04 |
| National 6 Months Avg Daily Balance: | $30.28 |
| Local Max. Balance - Prev. 30 Days: | $132.28 |
| Average Balance - Prev. 30 Days: | $11.05 |

x [signature]

CASE MANAGER

## Commissary History

### Purchases

Validation Period Purchases: $104.85
YTD Purchases: $438.74
Last Sales Date: 12/11/2008 11:10:43 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $340.00
Expended Spending Limit: $104.85
Remaining Spending Limit: $235.15

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments:

*[handwritten signature]* CASE MANAGER