UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALAN R. KING, JR., )<br>)<br>Movant, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA. )<br>)<br>Respondent. ) | 1:08-cv-1710-DFH-TAB |

**Order to Show Cause**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The clerk shall forward a copy of this Entry to the United States Attorney for this District. The United States is **notified** of the filing of the movant's motion for relief and memorandum in support pursuant to 28 U.S.C. § 2255. The motion has been scanned into the court's electronic docket.

2. The United States shall have **through January 29, 2009,** in which to answer the allegations of the movant's motion for relief pursuant to 28 U.S.C. § 2255, and the movant shall have **through February 19, 2009,** in which to reply.

3. The movant's motion for leave to proceed in forma pauperis is **denied** as unnecessary.

**IT IS SO ORDERED**.

Date: January 15, 2009

_David F. Hamilton_

DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.

Distribution:

Office of the United States Attorney
10 West Market Street Suite 2100
Indianapolis, IN   46204-3048

Alan R. King, Jr.
Reg. No. 08297-028
Milan Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160