UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALAN KING, Jr., | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | CAUSE NO.  1:08-cv-1710-DFH-TAB |
| | ) | [IP 07-16-CR-01] |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |

**APPEARANCE**

Comes now Timothy M. Morrison, United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the United States of America.

Respectfully submitted,

TIMOTHY M. MORRISON
United States Attorney

By: s/Gerald A. Coraz
    Gerald A. Coraz
    Assistant United States Attorney

## CERTIFICATE OF SERVICE

   I hereby certify that on January 21, 2009, a copy of the foregoing Appearance was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Alan R. King, Jr.
Reg. No. 08297-028
Milan Federal Correctional Institution
Post Office Box 1000
Milan, MI 48160

              s/Gerald A. Coraz
              Gerald A. Coraz
              Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
(317) 226-6333