UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALAN KING, Jr., | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | CAUSE NO.   1:08-cv-1710-DFH-TAB |
| | ) | [IP 07-16-CR-01] |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Comes now the United States, by counsel, and moves for an enlargement of time of 30 days to respond to the movant's Motion for Post-Conviction Relief under 28 U.S.C. § 2255.

In support of this motion, the United States advises the Court as follows:

1.      The United States' response is currently due on or before January 29, 2009.

2.      In order to gather information to fully and completely respond to the movant's motion, an enlargement of time is required.

Wherefore, the United States respectfully prays that it be granted up to and including March 2, 2009, to respond to the movant's Motion for Post-Conviction Relief.

                                              Respectfully submitted,

                                              TIMOTHY M. MORRISON
                                              United States Attorney


                                              s/Gerald A. Coraz
                  By:    Gerald A. Coraz
                          Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2009, a copy of the foregoing was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Alan R. King, Jr.
Reg. No. 08297-028
Milan Federal Correctional Institution
Post Office Box 1000
Milan, MI 48160

                                                s/Gerald A. Coraz
                                                Gerald A. Coraz
                                                Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
(317) 226-6333