UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALAN KING, Jr., | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | CAUSE NO.  1:08-cv-1710-DFH-TAB |
| | ) | [IP 07-16-CR-01] |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |

O R D E R

This matter having come before the Court on the United States' motion for enlargement of time, said motion being in the following words and figures, to-wit:

[H.I.]

And the Court, being duly advised in the premises, now GRANTS the motion for enlargement of time.

The United States shall have up to and including March 2, 2009, to respond to the movant's Motion to Vacate the Judgment and Sentence under 28 U.S.C. § 2255.

So ORDERED.


DATED: _____

                JUDGE, UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA

DISTRIBUTION:

Alan R. King, Jr.
Reg. No. 08297-028
Milan Federal Correctional Institution
Post Office Box 1000
Milan, MI 48160


Gerald A. Coraz, AUSA
United States Attorneys Office
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048