2-16-09

09 FEB 19 PM 3:03

LAURA A. BRIGGS
CLERK

The Office of The
Clerk of The U.S. District Court
105 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

RE: ALAN King Jr vs U.S  1:08-cv-1710-DFH-TAB

Dear Sir/Maam,

I am requesting a copy of the docket sheet for the above cause. I received an order granting enlargement of time for the U.S. to respond to my motion but no date was set or given to me to respond back to their response (March 2, 2009).

Thank-you

Respectfully Submitted,

Alan R. King Jr.

ALAN R King Jr
#08297-028
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

RECEIVED
FEB 19 2009
OFFICE
INDIANAPOLIS, INDIANA