**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| ALAN R. KING, JR., | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | 1:08-cv-1710-DFH-TAB |
| | ) | |
| UNITED STATES OF AMERICA. | ) | |
| | ) | |
| Respondent. | ) | |

**E N T R Y**

The movant's request to be supplied with a copy of the docket sheet (dkt 8) is **granted.** The clerk shall include a copy of the requested document with the petitioner's copy of this Entry.

So ordered.

*David F Hamilton*

DAVID F. HAMILTON, Chief Judge
United States District Court

Date:  2/26/09

Distribution:

Gerald A. Coraz
gerald.coraz@usdoj.gov

Alan R. King, Jr.
Reg. No. 08297-028
Milan Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

**Note to Clerk:  Processing this document requires actions other than docketing and distribution.**