5-10-09

**FILED**
U.S. DISTRICT COURT
09 MAY 13 PM 4:30
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Clerk of the U.S. District Court
105 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

RE: Alan R. King, Jr vs U.S.   1:08-cv-1710-DFH-TAB

Dear Clerk of the Court,

Could you please provide me with an update or status of the above pending matter.

I look forward to hearing from you at your earliest convenience.

Respectfully Submitted,

Alan R. King Jr.

Alan R. King Jr.
#08297-028
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

**RECEIVED**
MAY 13 2009
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA