**FILED**

JAN 19 2010

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

Jan. 14, 2010

Pam Schneeman, Courtroom Deputy for Judge Barker
46 East Ohio Street, Room 105
Indianapolis, IN 46204

RE: CAUSE NO 1:08-cv-01710-SEB-TAB

Dear Ms Schneeman,

I am writing in regard to the above Cause Number and would like to know where my case stand. I received correspondence dated Nov 24, 2009 advising me of Judge Hamilton being appointed to 7th Circuit Appeals and that my case has been reassigned to Judge Barker. As you are aware it hasn't been anything done on this matter since I filed my response to the governments response. Can you please tell me if there is anything scheduled on this matter soon.

I look forward to hearing from you

Respectfully Submitted,

Alan R. King Jr
#08297-028
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

**RECEIVED**

JAN 19 2010

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA