UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

```
FILE
10 MAR 15 PM 3:44
SOUTHERN DISTRICT
    OF INDIANA
LAURA A. BRIGGS
    CLERK
```

ALAN R. KING, JR.,                )
                                  )
          Movant,                 )
                                  )
     vs.                          )    1:08-cv-1710-SEB-TAB
                                  )
UNITED STATES OF AMERICA,         )
                                  )
          Respondent.             )

MOTION FOR DISPOSITION OF CASE

I, Alan R. King, Jr., being the Petitioner in the above cause number, petition the court for a disposition of the above cause and state the following.

1.  On 12-22-08, Petitioner's Motion to Vacate, Set Aside, Or Correct Sentence (2255) was filed.

2.  On 1-15-09, an order to show cause was entered and Respondent USA was ordered to answer allegations in Petitioner's 2255.

3.  On 3-2-09, Respondent filed their response to Petitioner's 2255.

4.  On 3-9-09, Petitioner filed his reply to respondent's answer.

5.  Since Petitioner's reply was filed there hasn't been any activity done by the courts. It is now a year later and nothing has been done with Petitioner's 2255.

-1-

```
RECEIVED
MAR 15 2010
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA
```

6. Although there are no set time frames in a 2255, the statute requires a district court to "grant a prompt hearing" when such motion is filed and to "determine the issues and make findings of fact and conclusions of law with respect thereto" unless "the motion and files and records of the case conclusively show that the prisoner is entitled to no relief." U.S. v. Hayman, 342 US 205, Machibroda v. U.S., 368 US 487.  The Speedy Trial Act declares that in developing plans to expedite the administration of criminal justice, district courts must "seek to avoid under-enforcement, over-enforcement, and discriminatory enforcement of the law, prejudice to the prompt disposition of civil litigation."  These district court plans are binding rules of law.

7.  The motion and files and records of this case do not conclusively show that I am not entitled to relief.

Wherefore, Petitioner asks that the court grant the relief sought in his 2255 motion or hold an evidentiary hearing so that there can be a disposition in this matter since it is long stated that a 2255 is a further step in movants criminal case.  And that any other relief this court feels Petitioner is entitled to.

Respectfully submitted,

Alan R. King, Jr.
08297-028
FCI Milan
P.O. Box 1000
Milan, MI  48160

-2-

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 12 , 2010, a copy of the foregoing was mailed by first class U.S. Mail, postage prepaid and properly addressed to the following:

    Gerald A. Coraz
    Office of the United States Attorney
    Southern District of Indiana
    10 West Market St., Suite 2100
    Indianapolis, IN  46204-3048

Alan R. King, Jr.
08297-028
FCI Milan
P.O. Box 1000
Milan, MI  48160

-3-