FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

10 MAR 24 PM 4 46

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Clerk of Court
District Court Southern Indiana
105 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

3-22-2010

Re: King vs USA  Cause No: 1:08-CV-01710-SEB-TAB
             Address Change as of 3-24-2010

Dear Sir/Maam,

   Due to reclassification of my security level to a CAMP my address has changed. Please make notation for the above case that my address is now:

               Alan R. King Jr.
               08297-028
               Terre Haute FCI-CAMP
               P.O. Box 33
               Terre Haute, IN 47808

RECEIVED
MAR 24 2010
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

               Respectfully Submitted,
               Alan King Jr.
               Alan R. King Jr. #08297-028
               Terre Haute FCI-Camp
               P.O. Box 33
               Terre Haute, IN 47808