UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALAN R. KING, JR., )<br>)<br>Movant, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA. ) | 1:08-cv-1710-SEB-TAB |

# E N T R Y

The movant's motion for disposition of case (dkt 15) is **granted** insofar as the court will make an appropriate disposition of the matters before it and will direct such further proceeds as are necessary. The motion is **denied** insofar as the movant seeks a particular disposition or ruling based on the present record.

**IT IS SO ORDERED.**

Date: 03/25/2010

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Gerald A. Coraz
gerald.coraz@usdoj.gov

Alan R. King, Jr.
Reg. No. 08297-028
Milan Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160