# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### *Laura Briggs*

### *Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

June 15, 2010

Re: KING v. UNITED STATES OF AMERICA
Cause Number: 1:08−cv−01710−JMS−TAB

TO ALL COUNSEL OF RECORD:

     Due to the recent appointment of The Honorable Jane Magnus−Stinson as an Article III Judge and pursuant to Local Rule 40.1(h), the above matter was reassigned from the docket of Judge Sarah Evans Barker to the docket of Judge Jane Magnus−Stinson on June 15, 2010.  The cause number has been changed to reflect the initials of the newly assigned district judge.  Please note that cause number **1:08−cv−01710−JMS−TAB** must be used on all future filings.

     All case schedules and deadlines remain unchanged at this time, including hearing, conference and/or trial dates.  In the event that any calendared dates must be vacated and reassigned, you will receive notification from the newly assigned judge.  Questions regarding pending motions or scheduled dates may be directed to Michelle Imel, Courtroom Deputy Clerk for Judge Jane Magnus−Stinson, at (317) 229−3672.

     Sincerely,

     Laura Briggs

     By:  s/Sheryl Winstead−Miller
     Sheryl Winstead−Miller, Deputy Clerk

Copies to:

The Honorable Judge Jane Magnus−Stinson