# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 23, 2010

**To:** Laura A. Briggs
District/Bankruptcy Clerk

**To:** Jane E. Magnus-Stinson
Magistrate Judge

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 10-2520
>
> Caption:
> IN RE:
>  ALAN R. KING, JR.,
> Petitioner

> District Court No: 1:08-cv-01710-JMS-TAB
> Clerk/Agency Rep Laura Briggs
> Magistrate Judge Jane Magnus-Stinson

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)