UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALAN R. KING, JR.,<br><br>        Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA. | )<br>)<br>)<br>)<br>)   1:08-cv-1710-JMS-TAB<br>)   IP 07-16-CR-01<br>) |

**JUDGMENT**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the movant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:08-cv-1710-JMS-TAB is **dismissed with prejudice.**

Date: 06/28/2010

Laura Briggs, Clerk
United States District Court

_(signature)_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

_(signature)_
By: Deputy Clerk

Distribution:

Gerald A. Coraz
gerald.coraz@usdoj.gov

Alan R. King, Jr.
Reg. No. 08297-028
Milan Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160